COPY

FILED

2014 DEC -5  PM 4: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BARUCH FOGEL,<br><br>        Defendant. | CR No. 14CR14-0691<br><br>I N F O R M A T I O N<br><br>[31 U.S.C. §§ 5314 and 5322(a), 31 C.F.R. §§ 103.24, 103.27(c), and 103.27(d) (relocated to 31 C.F.R. §§ 1010.350(a), 1010.306(c), and 1010.306(d)): Willful Failure to File Reports of Foreign Bank and Financial Accounts TD F 90-22.1] |

The United States Attorney charges:

[31 U.S.C. §§ 5314 and 5322(a); 31 C.F.R. §§ 103.24, 103.27(c) and (d) (relocated to § 1010.350(a) and §§ 1010.306(c) and (d))]

1.   United States citizens, resident aliens, and legal permanent residents of the United States who have a financial interest in, or signature or other authority over, one or more financial accounts in a foreign country with an aggregate value

10644013.1

of more than $10,000 at any time during a particular calendar year are required to file with the Department of the Treasury a Report of Foreign Bank and Financial Accounts, Form TD F 90-22.1 ("FBAR"). This report is due by June 30 of the following year.

2. The FBAR reporting requirement is separate from the obligation of a United States citizen or resident to indicate on a Federal income tax return (Form 1040, Schedule B) whether that individual has an interest in a financial account in a foreign country by checking "Yes" or "No" in the appropriate box. The FBAR is an annual report, filed with the Internal Revenue Service ("IRS").

3. During calendar year 2009, defendant BARUCH FOGEL ("FOGEL"), a U.S. citizen and resident of Laguna Beach, California, had an interest in or signature authority over at least one financial account at an Israeli bank, in a Luxembourg branch, having an aggregate value in excess of $2,500,000, well in excess of the $10,000 reporting requirement.

4. On or about June 30, 2010, within the Central District of California and elsewhere, defendant FOGEL did knowingly and willfully fail to file an FBAR disclosing that he had a financial interest in, and signature and other authority over, a financial account in a foreign country, namely, an account

10644013.1

held at the Luxembourg branch of an Israeli bank, which account had an aggregate value of more than $10,000 during the year 2009.

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

CHRISTOPHER S. STRAUSS
ELLEN M. QUATTRUCCI
Trial Attorneys
Department of Justice,
  Tax Division

10644013.1