


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

Case Number 14- **CR14-0691**  
U.S.A. v. Baruch Fogel  
[ ] Indictment   [✓] Information  

Defendant Number 1  
Year of Birth 1949  
Investigative agency (FBI, DEA, etc.) IRS-CI  

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  June 30, 2010

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [ ] Los Angeles   [ ] Ventura
- [✓] Orange   [ ] Santa Barbara
- [ ] Riverside   [ ] San Luis Obispo
- [ ] San Bernardino   [ ] Other

Citation of Offense  31 U.S.C. 5314, 5322

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES  Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  United States v. Almog, 11-CR-930(B)-TJH

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A  
Case Number _____  
Charging _____

The complaint:  [ ] is still pending  
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No   [ ] Yes  
IF YES, provide, Name: N/A  
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.  
The superseding case was previously filed on: _____  
Case Number _____

The superseded case:  
[ ] is still pending before Judge/Magistrate Judge _____  
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?  
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☐ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male            ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s) _____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☑ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:    ☐ Yes    ☐ No
   IF YES:    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges::    ☐ Yes    ☐ No
   IF YES:    ☐ State    ☐ Federal    AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date 12/5/2014

Signature of Assistant U.S. Attorney

Christopher S. Strauss
Print Name